<div style="text-align:center">

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

</div>

| | |
|---|---|
| TYLER M. BELLIVEAU, | |
| Plaintiff, | Case No. 4:18-cv-01233 |
| v. | Honorable Kenneth M. Hoyt |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

<div style="text-align:center">

**NOTICE OF SETTLEMENT**

</div>

PLEASE TAKE NOTICE that TYLER M. BELLIVEAU ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days. The Parties propose to file a stipulated dismissal with prejudice within 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 13th day of December, 2018.

<div style="margin-left: 50%">

Respectfully submitted,

*s/ Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*_____
Marwan R. Daher