# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TYLER M. BELLIVEAU, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED CONSULTANTS, INC., <br><br> Defendant. | Case No.: 4:18-cv-01233 <br><br> Honorable Judge Kenneth M. Hoyt |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TYLER M. BELLIVEAU and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 18, 2019                                  Respectfully Submitted,

TYLER M. BELLIVEAU                                        DIVERSIFIED CONSULTANTS, INC.

*/s/ Marwan R. Daher*                                     */s/ Charles R. Penot, Jr. (with consent)*
Marwan R. Daher                                           Charles R. Penot, Jr.
*Counsel for Plaintiff*                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                   Sessions, Fishman, Nathan and Israel
2500 S. Highland Ave., Suite 200                          3131 McKinney Ave., Suite 600
Lombard, Illinois 60148                                   Dallas, Texas 75204
Phone: (630) 575-8181                                     Phone: (214) 741-3009
mdaher@sulaimanlaw.com                                    cpenot@sessions.legal

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher
